# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4150

_____

| | | |
|---|---|---|
| Calvin Withers, PFC., | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Eastern |
| Arkansas Highway Police; Arkansas | * | District of Arkansas. |
| Highway & Transportation | * | |
| Department; Captain George Coffman; | * | [UNPUBLISHED] |
| Captain Don Hastings; Lieutenant Jan | * | |
| Weinberg, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: January 17, 2001

Filed: January 23, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE Circuit Judges.

_____

PER CURIAM.

Calvin Withers appeals from the district court's[1] order granting summary judgment to defendants in this civil action in which he claimed employment

_____

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

discrimination and retaliation, and violation of his civil rights.  Upon careful review of the record and the parties' submissions, we conclude that the district court properly granted summary judgment for the reasons explained in its order.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.